**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                :        CHAPTER 13
Mikole Rivera

      DEBTOR                        :        BKY. NO. 19-17263MDC13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

                      Respectfully Submitted,

Date: May 29, 2020                    _____s/_____
                                    MICHAEL A. CATALDO, ESQUIRE
                                    CIBIK & CATALDO, P.C.
                                    1500 WALNUT STREET, STE. 900
                                    PHILADELPHIA, PA 19102
                                    (215) 735-1060