In the Eastern District of Pennsylvania- Bankruptcy Court

In Re: MIKOLE RIVERA                              CHAPTER 13:  19-17263MDC

Stipulation

THIS AGREEMENT is entered by and between the Debtor, through her counsel, Michael A Cataldo

And Regional Acceptance, its successors or assigns as follows:

1. The parties agree that the creditor shall be paid $2,825 at 6.25 percent interest over the life of the chapter 13 plan for a total of $3,296.40 with the lien satisfied upon payment in full and chapter 13 discharge.

                                          s/ Michael A. Cataldo
                                          Michael A Cataldo
                                          Counsel For the Debtor

**/s/ LeeAne O. Huggins**
**Willaim C. Miller, Esquire**
**Office of the Chapter 13 Standing Trustee**   /s/ Christina Wilson

                                      Christina Wilson
**No Objection**        **5/29/2020**    Bankruptcy Officer
**Without Prejudice to Any**       Regional Acceptance Corporation
**Trustee's Rights or Remedies**    On behalf of the creditor

Approved by the court

_Magdeline D. Coleman_
_____
Magdeline D. Coleman                    June 2, 2020
Chief U.S. Bankruptcy Judge