United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mikole Rivera  
    Debtor

Case No. 19-17263-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jun 02, 2020  
                          Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.  
db          +Mikole Rivera,    6142 Hasbrook Avenue,    Philadelphia, PA 19111-5921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14427697        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 03 2020 03:07:50     Regional Acceptance Co,  
                Attn: Bankruptcy,    1424 E Firetower Rd,    Greenville, NC 27858-4105  
14442087         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 03 2020 03:07:50     Regional Acceptance Corporation,  
              PO Box 1847,    Wilson, NC 27894-1847  
                                                                                                                                          TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:  
        MICHAEL A. CATALDO2    on behalf of Debtor Mikole  Rivera ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Debtor Mikole  Rivera ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE  
        PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                        TOTAL: 5

In the Eastern District of Pennsylvania- Bankruptcy Court

In Re: MIKOLE RIVERA                                           CHAPTER 13:  19-17263MDC

Stipulation

THIS AGREEMENT is entered by and between the Debtor, through her counsel, Michael A Cataldo

And Regional Acceptance, its successors or assigns as follows:

1. The parties agree that the creditor shall be paid $2,825 at 6.25 percent interest over the life of the chapter 13 plan for a total of $3,296.40 with the lien satisfied upon payment in full and chapter 13 discharge.

          s/ Michael A. Cataldo
          Michael A Cataldo
          Counsel For the Debtor

/s/ LeeAne O. Huggins
Willaim C. Miller, Esquire
Office of the Chapter 13 Standing Trustee        /s/ Christina Wilson

No Objection        5/29/2020                    Christina Wilson
Without Prejudice to Any                         Bankruptcy Officer
Trustee's Rights or Remedies                     Regional Acceptance Corporation
                                                 On behalf of the creditor

Approved by the court

Magdeline D. Coleman                             June 2, 2020
Chief U.S. Bankruptcy Judge

[-Restricted-]