IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MIKOLE RIVERA,<br><br>            Debtor(s). | Case No. 19-17263MDC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ___23rd___ day of _____June_____, 20_20_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE