

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

October 13, 2020

Clerk of U.S. Bankruptcy Court
Eastern District of Pennsylvania - Philadelphia
Robert N.C. Nix, Sr. Federal Building
900 Market Street
Philadelphia, PA 19107

RE: Mikole Rivera
SSN: xxx-xx-1002
BANKRUPTCY CASE#: 19-17263-mdc

Dear Clerk:

Please withdraw this claim filed by Educational Credit Management Corporation for Claim #5 in the amount of $85,218.78 on January 15, 2020. This debt was approved for disability write off. Thank you for your cooperation in this matter.

If you have any further questions, you may contact (651) 221-0566.

Sincerely,

/s/ Maika Thao
ECMC Operations Specialist Senior
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408