# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Mikole Rivera
       Bankruptcy No. 19-17263MDC
       Adversary No.
       Chapter          13

Date:   April 7, 2021

To:       Michael A. Cataldo, Esq.

## NOTICE OF INACCURATE FILING

Re:  Response to Motion for Relief From the Automatic Stay of US Bank National Association

The above pleading was filed in this office on **April 6, 2021 .**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

|     |     |
| --- | --- |
| ( ) | Debtor's name does not match case number listed |
| ( ) | Debtor's name and case number are missing |
| ( ) | Wrong PDF document attached |
| ( ) | PDF document not legible |
| ( ) | Notice of Motion/Objection |
| ( ) | Electronic Signature missing |
| (x) | Other: **Incorrect Case Number** |

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** .  Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Paul A. Puskar**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04