UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

     MIKOLE  RIVERA

              Debtor

Chapter 13

Bankruptcy No. 19-17263-MDC

<u>CERTIFICATE OF SERVICE</u>

     I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 23rd day of February, 2024 by first class mail upon those listed below:

**MIKOLE  RIVERA**
**6142 HASBROOK AVENUE**
**PHILADELPHIA, PA  19111**

**Electronically via ECF/System ONLY:**

MICHAEL A. CIBIK, ESQ.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

               */s/ Kenneth E. West, Esq.*
               Kenneth E. West, Esq.
               Standing Chapter 13 Trustee