# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Mikole Rivera,

        Debtor.

Case No. 19-17263-pmm

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Ashley Funding Services LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

U.S. Department of Housing and Urban Development
100 Penn Square East 11th Floor
Philadelphia, PA 19107

Philadelphia Parking Authority
701 Market St Suite 5400
Philadelphia, Pa 19106

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

Midland Funding LLC
PO Box 2011
Warren, MI 48090

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group MSB
1401 John F. Kennedy Blvd. 5th Floor
Philadelphia, PA 19102-1595

U.S. Bank National Association
c/o Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101

Date: April 15, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com