United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17263-pmm |
| Mikole Rivera | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mikole Rivera, 6142 Hasbrook Avenue, Philadelphia, PA 19111-5921 |
| 14427669 | + | Bay Area Credit, PO Box 480002, Atlanta, GA 31146-4802 |
| 14427689 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14427694 | + | Philadelphia Parking Authority, Red Light Camera Program, P.O. Box 7425033101 Market Street, Cincinnati, OH 45274-0001 |
| 14427696 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14467653 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14430527 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2024 00:15:38 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14427673 | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14427675 | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14482343 | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14427670 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2024 00:14:33 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14427671 | + | Email/Text: ecf@ccpclaw.com | Jul 12 2024 00:01:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14427674 | + | Email/Text: bankruptcy@philapark.org | Jul 12 2024 00:02:00 | City of Philadelphia, Parking Violations Branch, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14427676 | + | Email/Text: bankruptcy@philapark.org | Jul 12 2024 00:02:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14427677 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 12 2024 09:40:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2609 |

Case 19-17263-pmm    Doc 71    Filed 07/13/24    Entered 07/14/24 00:35:07    Desc Imaged
                          Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 14427679 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2024 00:32:15 | Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14427680 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2024 00:14:56 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14427678 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 12 2024 00:01:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-2505 |
| 14427681 | | Email/Text: bankruptcycourts@equifax.com | Jul 12 2024 00:01:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14427682 | + | Email/Text: bknotice@ercbpo.com | Jul 12 2024 00:01:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14452588 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 12 2024 00:01:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14427683 | ^ | MEBN | Jul 11 2024 23:52:30 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14427684 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 12 2024 00:16:03 | HUD, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14427685 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2024 00:01:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14427687 | ^ | MEBN | Jul 11 2024 23:52:58 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14453354 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2024 00:01:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14427688 | + | Email/PDF: pa_dc_claims@navient.com | Jul 12 2024 00:32:06 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14427692 | ^ | MEBN | Jul 11 2024 23:52:41 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14427690 | + | Email/Text: blegal@phfa.org | Jul 12 2024 00:01:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14427691 | | Email/Text: bankruptcygroup@peco-energy.com | Jul 12 2024 00:01:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14427695 | + | Email/Text: bankruptcy@philapark.org | Jul 12 2024 00:02:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14434358 | + | Email/Text: bankruptcy@philapark.org | Jul 12 2024 00:02:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14427693 | + | Email/Text: bankruptcy@philapark.org | Jul 12 2024 00:02:00 | Philadelphia Parking Authority, Bankruptcy Department, 3101 Market Street, Philadelphia, PA 19104-2806 |
| 14427697 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 12 2024 02:04:58 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14442087 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 12 2024 02:04:58 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14427698 | | Email/Text: requestinfo@southernmanagementsystems.net | Jul 12 2024 00:01:00 | Sthrn Mgmt, Po Box 149966, Orlando, FL 32814 |
| 14427699 | | Email/Text: DASPUBREC@transunion.com | Jul 12 2024 00:01:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14467234 | ^ | MEBN | Jul 11 2024 23:52:59 | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14497619 | + | Email/Text: blegal@phfa.org | Jul 12 2024 00:01:00 | U.S. Bank National Association, et al, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| 14431783 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 12 2024 00:16:03 | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107 |
| 14427702 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 12 2024 00:01:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14427701 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 12 2024 00:01:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14427700 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 12 2024 00:01:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14427703 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 12 2024 00:01:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14427672 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14427686 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

**Name**  **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL A. CIBIK
    on behalf of Debtor Mikole Rivera help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 46 |

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>     MIKOLE RIVERA<br><br>              Debtor | Chapter 13<br><br>Bankruptcy No. 19-17263-PMM |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*Patricia M. Mayer*

**Date: July 11, 2024**          Honorable Patricia M. Mayer
                                  Bankruptcy Judge