United States Bankruptcy Court

Eastern District of Pennsylvania

Philadelphia Division

In re:

    MIKOLE RIVERA                                               Case No. 19-17263-PMM

    Debtor(s)

James M. Rivera, executor of the estate of Mikole Rivera respectfully requests a hardship discharge in the above mentioned Chapter 13 case. The following circumstances beyond my control are the following reasons for such request:

1) Mikole Rivera passed away from pancreatic cancer after a 9 month battle on April 9, 2021.
2) Her children ( Tarryn and Troy Rivera ) continued the payments for 3 years after her death until all funds were exhausted and they were no longer able to keep up with the payments.
3) Tarryn Rivera legally adopted the foster child that her mother, Mikole cared for since he was 3 months old.
4) Tarry and Troy provided a loving and healthy home for their adopted little brother Nikai Rivera.
5) Tragically , Mikole's son and Tarryn's brother, Troy was killed by an impaired driver. He succumbed to his injuries on September 28th after 10 days in the hospital. The driver has been arrested and we are currently going through the legal process.

The aforementioned has caused a financial strain on Tarryn due to loss of income after taking a leave of absence from employment ( FMLA ). Therefore, I respectfully request your consideration in this matter to grant this request.

James M. Rivera
*[signature]*
2918 Joyce Road

Abington, Pa 19001

