IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Mikole Rivera,** | : | |
| Debtor. | : | Case No. 19-17263 (PMM) |

## ORDER DENYING MOTION AS MOOT

**AND NOW**, upon consideration of the Motion for Hardship Discharge filed by James Rivera (doc. #73, the "Motion");

BUT this bankruptcy case having been dismissed on July 11, 2024;

It is therefore hereby **ordered** that the Motion is **denied as moot**.

Dated: 11/20/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
James Rivera
2918 Joyce Road
Abington, Pa 19001